UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SHAUNDALE BROWN, | No. C 10-4243 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| SALINAS POLICE OFFICER IAN PARSONS; et al., | |
| Defendants. | |

Mail sent to plaintiff in another action at the most recent address he has provided to the court has been returned to the court undelivered. See Order Of Dismissal in Brown v. State of California, No. C 10-4242 SI. Counsel for defendant in this action has informed the court that mail sent to plaintiff at the same address was returned to counsel undelivered. Plaintiff is cautioned that Northern District of California Local Rule 3-4 requires a pro se party to keep the court informed of his current address and permits the dismissal of an action for failure to do so. Plaintiff must inform the court and defendants' counsel of his current address no later than **April 25, 2011**. If plaintiff needs additional time to prepare his opposition to defendant's motion for summary judgment he should ask for it when he informs the court of his new address.

IT IS SO ORDERED.

Dated: April 8, 2011

_____
SUSAN ILLSTON
United States District Judge