UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SHAUNDALE BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>SALINAS POLICE OFFICER<br>IAN PARSONS; et al.,<br><br>    Defendants.<br>_____ / | No. C 10-4243 SI (pr)<br><br>**ORDER OF DISMISSAL** |

Mail sent to plaintiff in another action at the most recent address he has provided to the court has been returned to the court undelivered. See Order Of Dismissal in Brown v. State of California, No. C 10-4242 SI. Counsel for defendant in this action has informed the court that mail sent to plaintiff at the same address was returned to counsel undelivered. On April 8, 2011, the court ordered plaintiff to inform the court and defendants' counsel of his current address no later than April 25, 2011. He failed to do so. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to file a notice of his current address within sixty days of the return of the undelivered mail. In light of the return of the undeliverable mail in the earlier action plus plaintiff's failure to comply with the order to provide a current address in this action, the court now dismisses this action

1 without prejudice because plaintiff failed to keep the court informed of his address.  The clerk
2 shall close the file and terminate all pending motions.
3     IT IS SO ORDERED.
4 Dated: June 21, 2011

_____
SUSAN ILLSTON
United States District Judge